# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO GERVACIO DE MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:19-cv-00528-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

## ORDER

Plaintiff Maria Del Rosario Gervacio De Martinez filed a complaint on April 22, 2019, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on April 23, 2019. (Docs. 1, 3.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated: **April 26, 2019**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE