Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Maria Del Rosario Gervacio De Martinez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA DEL ROSARIO GERVACIO DE MARTINEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-00528-SKO<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 19) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Maria Del Rosario Gervacio De Martinez be awarded attorney fees in the amount of three thousand eight hundred dollars ($3,800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28

U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Gervacio De Martinez, the government will consider the matter of Gervacio De Martinez's assignment of EAJA fees to Young Cho.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Gervacio De Martinez, but if the Department of the Treasury determines that Gervacio De Martinez does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Gervacio De Martinez.[1]  Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Gervacio De Martinez's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Gervacio De Martinez and/or Young Cho including Law Offices of

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 17, 2020     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*
BY:_____
Young Cho
Attorney for plaintiff
MARIA DEL ROSARIO GERVACIO DE MARTINEZ

DATE: November 17, 2020     McGREGOR W. SCOTT
United States Attorney

/s/ *Daniel P. Talbert*
_____
DANIEL P. TALBERT
Special Assistant United States Attorney
Attorneys for Defendant
ANDREW SAUL, Commissioner of Social Security (Per e-mail authorization from Oscar Gonzalez)

**ORDER**

Based upon the parties' above "Stipulation for the Award and Payment of Attorney's Fees Under the Equal Access to Justice Act (EAJA) (28 U.S.C. §2412(d)) and Costs Pursuant to 28 U.S.C. § 1920" (the "Stipulation") (Doc. 19), IT IS ORDERED that attorney's fees in the amount THREE THOUSAND EIGHT HUNDRED DOLLARS ($3,800.00) under the Equal Access to Justice Act

(EAJA), 28 U.S.C. § 2412(d), and costs in the amount of ZERO DOLLARS ($0.00) under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **November 18, 2020**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE